David D. Lee, Esq., SBN 318212
PROVERBS 31:8 LAW, PC
3435 Wilshire Blvd. Suite 2700-35
Los Angeles, California 90010
Tel: (213) 210-3651
Email: dlee@proverbs318law.com
Attorneys for Plaintiff,
Dean Won Baek Ha

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN WON BAEK HA, an individual, | Case No.: 2:22-CV-02030-FLA-MAR |
| | **NOTICE OF SETTLEMENT** |
| Plaintiff, | Judge: Hon. Fernando L. Aenlle-Rocha |
| vs. | Courtroom: 6B |
| BMW of NORTH AMERICA, LLC, a California Corporation; and Does 1-50, inclusive, | |
| Defendants. | |

1

1  **To the clerk of the Court and to all parties and their counsel of record:**

2

3        Please take notice, pursuant to Central District Local Rule 16-15.7, that the

4  parties have reached a settlement resolving the entire case. Pending the occurrence

5  of certain conditions precedent, the parties expect to file a notice of dismissal no

6  later than June 15, 2022.

7

8  Dated:  April 21, 2022                          PROVERBS 31:8 LAW, PC

9

10

11                                                  By: *David Lee*
                                                    _____
12                                                     David D. Lee
                                                       Attorneys for Plaintiff,
13                                                     Dean Won Baek Ha

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
2

**Notice of Settlement**